USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 6 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :     **INDICTMENT**

   - v. -                           :     19 Cr.

DELOWAR MOHAMMED HOSSAIN,           :     **19 CRIM 606**

              Defendant.        :     **JUDGE STEIN**

- - - - - - - - - - - - - - - - x

## COUNT ONE

**(Attempted Provision of Material Support and Resources for Terrorism)**

The Grand Jury charges:

1. From at least in or about September 2018, up to and including July 26, 2019, in the Southern District of New York and elsewhere, DELOWAR MOHAMMED HOSSAIN, the defendant, knowingly and intentionally attempted to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), namely, property, services, communications equipment, weapons, and personnel (including himself), knowing and intending that they were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 2332, to wit, HOSSAIN attempted to travel outside the United States in order to join a terrorist group for the purpose of killing nationals of the United States located outside the United States.

(Title 18, United States Code, Section 2339A.)

**COUNT TWO**

**(Attempting to Make or Receive a Contribution of
Funds, Goods, and Services to the Taliban)**

The Grand Jury further charges:

2. From at least in or about September 2018, up to and including July 26, 2019, in the Southern District of New York and elsewhere, DELOWAR MOHAMMED HOSSAIN, the defendant, a United States person, willfully attempted to make a contribution of funds, goods, and services to and for the benefit of the Taliban, a specially designated global terrorist, in that HOSSAIN attempted to provide to the Taliban personnel, funds, goods, and services.

(Title 50, United States Code, Section 1705(a); and Title 31,
Code of Federal Regulations, Sections 595.204, 595.205, and
595.311.)

FORFEITURE ALLEGATIONS

3. As a result of planning and perpetrating a Federal crime of terrorism against the United States, as defined in Title 18, United States Code, Section 2332b(g)(5), as alleged in Count One of this Indictment, DELOWAR MOHAMMED HOSSAIN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), any and all assets, foreign and domestic, of the defendant; any and all assets, foreign and domestic, affording the defendant a source of influence over any entity or organization engaged in planning or perpetrating said offense; any and all

assets, foreign and domestic, acquired or maintained with the intent and for the purpose of supporting, planning, conducting or concealing said offense; any and all assets, foreign and domestic, derived from, involved in, or used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the total amount of the defendant's assets.

4. As a result of committing the offense alleged in Count Two of this Indictment, DELOWAR MOHAMMED HOSSAIN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count Two of this Indictment, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offense.

Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of DELOWAR MOHAMMED HOSSAIN, the defendant:

        a. cannot be located upon the exercise of due diligence;

        b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DELOWAR MOHAMMED HOSSAIN,

Defendant.

INDICTMENT

19 Cr.

(18 U.S.C. § 2339A; 50 U.S.C. § 1705(a);
31 CFR §§ 595.204, 595.205, and 595.311)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

_____Sharpu Stark_____, Foreperson.

8/26/19
(CA)

Indictment filed
wheel A - DJ Stein

KH Parker
USMJ