UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,    19-Cr-606 (SHS)

  -v-    ORDER

DELOWAR MOHAMMED HOSSAIN,

                     Defendant(s).
-----------------------------------------------------------x
SIDNEY H. STEIN, U.S.D.J.

      The government having filed a request for a 60-day adjournment of the deadline for it to submit its *ex parte* classified motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), on April 6, 2020 [Doc. No. 19],

      IT IS HEREBY ORDERED that the request is granted. The date to file the CIPA motion is extended to June 5, 2020.

Dated: New York, New York
       April 7, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.