UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | <u>ORDER</u> |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     The Court is in receipt of Mr. Zissou's letter dated May 11, 2020 [Doc. No. 21], requesting "that the Court schedule a status conference so that the parties can be heard on an appropriate remedy" for the asserted fact that the defendant has only been able to review "hundreds" of hours of recordings for 90 minutes since his detention on consent in July 2019. The Court sees no need, at this time, for a status conference without a specific request before it. Mr. Zissou is directed to confer with the government in regard to what his concerns are and how to alleviate them. If the May 11 letter is a request for release on bail, although that is unclear, he should confer with the government to attempt agree on appropriate conditions of release. Mr. Zissou may make any motion he deems appropriate at any time.

Dated:  May 20, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.