UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | <u>ORDER</u> |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court is in receipt of defendant's letter application for release from custody [Doc. No. 27]. Accordingly,

IT IS HEREBY ORDERED that:

1. The government shall respond to the application on or before June 30, 2020;

2. There will be a teleconference on July 2, 2020, at 11:00 a.m.; and

3. Defense counsel shall notify the Court, in writing, as to whether defendant waives his appearance for the teleconference.

Dated: New York, New York
       June 23, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.