UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-cr-606 (SHS) |
| -v- | : | ORDER |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Plaintiff, | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has received Mr. Zissou's letter dated June 24, 2020, requesting that he be assigned to represent the defendant in this action pursuant to the Criminal Justice Act because defendant's parents are not able to continue to fund defendant's defense.

IT IS HEREBY ORDERED that:

1. That request is denied for lack of good cause. *See* Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act Section VII (D); and

2. The Federal Defenders of New York is reappointed to represent Mr. Hossain in this action.

Dated: New York, New York
June 25, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.