UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | ORDER |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court is in receipt of defendant's letter motion filed today [Doc. No. 31]. The Court is required to arrange for teleconferences with defendants housed in the MCC by noon on the Monday of the week before the proceeding. The Court is prepared to go forward with the bail hearing tomorrow at 11:00 a.m. but it would require a waiver by defendant of his right to attend the bail hearing. If the defendant does not wish to waive his appearance, the Court certainly can adjourn tomorrow's hearing and reschedule it for the week of July 13, 2020. Defendant's counsel shall notify the Court today of its intentions.

Dated: New York, New York
       July 1, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.