**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2020

**BY ECF**  **MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Delowar Hossain
19 Cr. 606 (SHS)**

Dear Judge Stein:

We write with respect to the Court's Order dated July 1, 2020 concerning Delowar Hossain's bail hearing. ECF No. 32. To ensure Mr. Hossain is able to join the remote proceedings by teleconference, the defense respectfully requests that the Court adjourn Mr. Hossain's bail hearing to July 13 or July 15, 2020. The defense understands that the government is also available on those dates.

Respectfully Submitted,

/s/

Amy Gallicchio
Andrew J. Dalack
Assistant Federal Defenders
(212) 417-8728/8768

Cc: Government Counsel

**The bail hearing will be held by teleconference on Monday, July 13, 2020, at 12:00 p.m.  The defendant will appear by telephone from the MCC.**

**Dated: New York, New York
        July 1, 2020**

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.