UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | ORDER |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court having been notified today that there is a conflict at the MCC with the scheduled time of the July 13, 2020, teleconference,

      IT IS HEREBY ORDERED that the teleconference will take place at 9:00 a.m. on July 13, not 12:00 p.m., as previously scheduled. The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated: New York, New York
       July 7, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.