UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | <u>ORDER</u> |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A teleconference having been held today regarding defendant's motion for release, with defendant and counsel for all parties attending,

     IT IS HEREBY ORDERED that Steve Zissou, Esq. is relieved as defendant's attorney. The Federal Defenders will continue their representation of defendant.

Dated: New York, New York
       July 13, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.