UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | ORDER |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

As set forth on the record today, at a teleconference regarding defendant's motion for release, with defendant and counsel for all parties attending,

IT IS HEREBY ORDERED that:

1. Any defense motions are due on or before September 8, 2020;

2. The government's opposition to any motions is due by September 15, 2020;

3. Any motions *in limine*, proposed jury charges, and, if the parties wish, proposed *voir dire*, are due by November 9, 2020;

4. The government's response to any motions *in limine* is due by November 16, 2020;

5. The trial of this action is adjourned to November 20, 2020; and

6. The time is excluded from calculation under the Speedy Trial Act from today until November 30, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
July 13, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.