USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,        :        19-Cr-606 (SHS)

-v-                              :        ORDER

DELOWAR MOHAMMED HOSSAIN,        :

               Defendant.        :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     At the request of the parties, the following condition is added as a condition of defendant's bail:

     Mr. Hossain is not to have any contact with the following six people, except through, or in the presence of, counsel: Emad Uddin, Aref Uddin, Amadou Fransuwa, Jermaine Deassure, James Bradley, and Mohammed Parvez Abdu Shaikh.

Dated: New York, New York
       July 15, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.J.