```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :

                                  :

          -v-                     :     19 Cr. 606 (SHS)

                                              ORDER
DELOWAR MOHAMMED HOSSAIN,         :

                                  :
                  Defendant.
---------------------------------X
```

Upon the application of the above-captioned defendant, **DELOWAR MOHAMMED HOSSAIN**, by and through his attorneys, Andrew Dalack, Esq., and Amy Gallicchio, Esq., of the Federal Defenders of New York;

**IT IS ORDERED** that the above-captioned defendant, **DELOWAR MOHAMMED HOSSAIN**, Federal Register Number 87049-054, currently incarcerated at the MCC New York, be produced ~~FORTHWITH~~, today, July ~~14~~ 15, 2020, at the Courthouse located at 500 Pearl Street, New York, New York, in order to sign his bail bond at the Magistrate Clerk's Office.

SO ORDERED:

*[signature]*

HONORABLE SIDNEY H. STEIN
United States District Judge

Dated:    July 15, 2020
          New York, New York