UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | ORDER |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of the defendant,

IT IS HEREBY ORDERED that:

1. The trial of this matter is adjourned to December 15, 2020, at 9:30 a.m.;

2. Any motions *in limine*, proposed jury charges, and, if the parties wish, proposed *voir dire*, are due by November 16;

3. Responses to any motions *in limine* are due by November 23; and

4. The time is excluded from calculation under the Speedy Trial Act from today until December 15, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
         September 23, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.