


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2020

**VIA CM/ECF**

The Honorable Sidney H. Stein      **MEMO ENDORSED**
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

     Re:    *United States v. Delowar Mohammed Hossain*, 19 Cr. 606 (SHS)

Dear Judge Stein:

    The Government writes to request that the Court set a combined date in this matter for arraignment on the S1 Superseding Indictment, which was returned on October 13, 2020, and for a final pretrial conference in advance of the defendant's December 15, 2020 trial date. Prior to making this request, the Government consulted with defense counsel, who agrees with this proposal. The parties are available at the Court's convenience any time the week of December 7, 2020, with the exception of December 8, 2020, and December 11th, 2020, when the parties are available only in the afternoon.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney for the
          Southern District of New York

          By: _____
          David W. Denton, Jr.
          Jessica K. Fender
          Assistant United States Attorneys
          (212) 637-2744 / 2276

cc:    Defense Counsel, via CM/ECF

**The conference is scheduled for December 8, 2020, at 3:30 p.m.**

Dated: New York, New York
       October 15, 2020

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.