**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 24, 2020

**BY EMAIL & ECF**

**MEMO ENDORSED, p. 2**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Delowar Hossain,</u>
      19 Cr. 606 (SHS)

Dear Judge Stein:

    We write to respectfully seek a modification of Delowar Hossain's bail conditions to permit him to spend the upcoming Thanksgiving holiday at Mohammed Chowdury's house, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Mr. Chowdury is Mr. Hossain's uncle and one of the five co-signers on Mr. Hossain's $250,000 personal recognizance bond. Specifically, Mr. Hossain requests the Court's permission to leave his home at 10:00 AM on Thursday, November 26, 2020, go straight to Mr. Chowdury's house, and return home by midnight on November 27, 2020.

    The government defers to Pre-Trial Services regarding Mr. Hossain's request. Undersigned counsel consulted with Pre-Trial Officer Bernisa Mejia (Cc'd) who explained that it is Pre-Trial Services' general policy to oppose non-religious social exceptions for defendants who are subject to home confinement. However, Officer Mejia also stated that Mr. Hossain is in full compliance with all of his bail conditions, and that Pre-Trial Services will of course abide any Court-ordered bail modification.

Respectfully Submitted,

Cc:   AUSAs David Denton
      Jessica Fender

      Pre-Trial Officer Bernisa Mejia

Amy Gallicchio
Andrew J. Dalack
Assistant Federal Defenders
(212) 417-8728/8768

**Application granted with the following modification: defendant shall return home by midnight on November 26, 2020.**

**Dated: New York, New York**
**November 25, 2020**

SO ORDERED

_Sidney H. Stein_
SIDNEY H. STEIN
U.S.D.J.