**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 23, 2020

**BY EMAIL & ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED, p. 2**

Re:  *United States v. Delowar Hossain*,
     **19 Cr. 606 (SHS)**

Dear Judge Stein:

We write to respectfully seek a modification of Delowar Hossain's bail conditions to permit him to spend the upcoming Christmas holiday with his children at Moksha Mahant's house, 179 Tonnele Avenue, Apt. 1, Jersey City, NJ, 07306. Ms. Mahant is one of the five co-signers on Mr. Hossain's $250,000 personal recognizance bond. Specifically, Mr. Hossain requests the Court's permission to leave his home at 8:00 AM on Friday, December 25, 2020, go straight to Ms. Mahant's house, and return home by midnight the same day.

The government defers to Pre-Trial Services regarding Mr. Hossain's request. Undersigned counsel consulted with Pre-Trial Officer Bernisa Mejia (copied) who explained that this outing falls under Pre-Trial Services' general policy opposing social exceptions for defendants under home confinement.[1] However, Officer Mejia also stated that Mr. Hossain is in full compliance with all of his bail conditions, and that Pre-Trial Services will of course abide any Court-ordered bail modification.

Respectfully Submitted,

Cc: AUSA David Denton
    AUSA Jessica Fender

    Pre-Trial Officer Bernisa Mejia

Amy Gallicchio
Andrew J. Dalack
Assistant Federal Defenders
(212) 417-8728/8768

---

[1] Notably, there is a compelling argument to be made that Christmas is as important a holiday for Muslims (like Mr. Hossain) as it is for Christians, and that it is more appropriate for Pre-Trial Services to view Mr. Hossain's request as a religious one. Muslims believe in the virgin birth of Jesus of Nazareth just as much as Christians do, and the Virgin Mary (or Mariam, as she is known in the Quran) is the most important woman in Islam. Indeed, there is more discussion of the Virgin Mary in the Quran than in the Bible, and her story is related through seven chapters, including one named after her.  *See* Esposito, John. *What Everyone Needs to Know About Islam.* New York: University Press, 2002. P31.; *cf.* Stowasser, Barbara Freyer, "Mary", in: *Encyclopaedia of the Qurʾān*, General Editor: Jane Dammen McAuliffe, Georgetown University, Washington DC.

**Defendant's request to leave his home at 8:00 a.m. on Friday, December 25, 2020, go straight to Ms. Mahant's house, and return home by midnight the same day is granted.**

**Dated: New York, New York**
  **December 23, 2020**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.