

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

<div style="text-align: right">

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

</div>

February 9, 2021

**<u>VIA CM/ECF</u>**

The Honorable Sidney H. Stein         **MEMO ENDORSED**
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Delowar Mohammed Hossain*, S1 19 Cr. 606 (SHS)

Dear Judge Stein:

    The parties write jointly to request a one-day adjournment of the deadlines for filing motions *in limine*, proposed jury charges, proposed voir dire, and replies thereto. As currently scheduled, the parties' pretrial filings are due on Monday, February 15, 2021, which is the designated Court holiday for President's Day, and replies are due one week later, on Monday, February 22, 2021. In view of the holiday, the parties jointly request that the Court modify the schedule by one day so that pretrial filings are due on Tuesday, February 16, 2021, and responses are due one week later, on Tuesday, February 23, 2021.

<div style="margin-left: 50%">

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   /s/_____
    David W. Denton, Jr.
    Jessica K. Fender
    Assistant United States Attorneys
    (212) 637-2744 / 2276

</div>

cc:    Defense Counsel, via CM/ECF

**Request granted.**

**Dated:  New York, New York**
           **February 9, 2021**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.