UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | <u>ORDER</u> |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A teleconference having been held on February 19, 2021, with defendant and counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The trial of this action has been set for July 6, 2021, at 9:30 a.m.; and

2. The parties should be aware that although the Court is submitting the jury request for this trial to begin on July 6, 2021, the trial date may be rescheduled by the Court's Ad Hoc Committee on the Resumption of Jury Trials to another date in the third quarter of 2021. The Court will notify the parties as soon as the third quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       February 22, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.