**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 1, 2021

**BY EMAIL & ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Delowar Hossain,**
    **(S1) 19 Cr. 606 (SHS)**

Dear Judge Stein:

    We write on behalf of the parties regarding the defense's request for access to the records and papers used in connection with the constitution of the Qualified Jury Wheel and prospective venire panel in the above-captioned case. Dkt. No. 86.

    We respectfully request the Court's authorization for Rhonda Mayers-Best, the Jury Administrator for the Southern District of New York, to speak with us and counsel for the government regarding the constitution of the Master and Qualified Jury Wheels and the empanelment of the venire in connection with various trial dates as set forth below. In particular, we respectfully request that the Court endorse this letter motion and permit Ms. Mayers-Best to speak with the parties about the following topics:

1. The role of the Jury Administrator as it relates to qualifying and empaneling a petit venire;
2. How and when the Master Wheel is refilled, and how that may change (if at all) in light of the September 1, 2021 deadline set by the Amended Plan for the Random Selection of Grand and Petit Jurors in the SDNY;
3. How and when the Qualified Wheel is refilled;
4. The anticipated date for petit jury summons to be mailed and responses received based on various trial dates, including those in July, September, or as the Court otherwise directs;
5. The role of the SDNY's Supplemental Juror Questionnaire concerning COVID-19 in replenishing the Qualified Wheel from the Master Wheel;
6. The role of the SDNY's Supplemental COVID-19 questionnaire in summoning members of the Qualified Wheel for the petit venire; and
7. Any other matter related to the petit jury-selection process that the parties agree is necessary to prepare or oppose a fair cross-section challenge to the venire.

Following our discussion with Ms. Mayers-Best, we will write the Court with a new joint request for the release of certain jury-related data pursuant to Section 1867 of the Jury Selection and Service Act and in accordance with the parties' proposed protective order.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Amy Gallicchio, Esq.
Assistant Federal Defenders

Counsel for Delowar Hossain

Cc: AUSA David W. Denton, Jr.
AUSA Jessica K. Fender

**The Court authorizes Rhonda Mayers-Best, the Jury Administrator for the Southern District of New York, to speak with the government and the defense regarding the matters set forth above.**

**Dated:** New York, New York
March 2, 2021

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

2