UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,        :        19-Cr-606 (SHS)

-v-                              :        ORDER

DELOWAR MOHAMMED HOSSAIN,        :

Defendant.                       :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the final pretrial conference scheduled for March 8, 2021, at 2:30 p.m. is adjourned *sine die*.

Dated: New York, New York
       March 4, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.J.