

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2021

**VIA CM/ECF AND EMAIL**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Delowar Mohammed Hossain*, S1 19 Cr. 606 (SHS)

Dear Judge Stein:

In order to minimize the burden placed upon the Jury Administrator of the Southern District of New York (the "Jury Administrator") in responding to requests for information in this and other criminal cases, the Government wishes to provide the defendant's counsel with copies of materials the Government previously obtained from the Jury Administrator in connection with similar "fair cross section" challenges pending in *United States v. Gilmore*, 19 Cr. 724 (JGK) and *United States v. Tagliaferro*, 19 Cr. 472 (PAC). Should the Court grant this request, the Government will produce these materials to the defendant pursuant to the Protective Order the Court entered in connection with this matter. (*See* Dkt. No. 93.)

3/19/2021
Request granted
Sidney H. Stein
U.S.D.J.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:___/s/_____
     David W. Denton, Jr.
     Jessica K. Fender
     Assistant United States Attorneys
     (212) 637-2744 / 2276

cc:    Defense Counsel, via CM/ECF