# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 10, 2021

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Delowar Hossain
      (S1) 19 Cr. 606 (SHS)

Dear Judge Stein:

We write with respect to the Court's Order dated March 19, 2021 regarding a trial date in the above-captioned case. Dkt. No. 97.

The parties understand that a firm third-quarter trial date in the above-captioned case is subject to the discretion of the Court's Ad Hoc Committee on the Resumption of Jury Trials. With that understanding, the defense respectfully implores the Court to modify its request to the Ad Hoc Committee for this trial to begin on August 16, 2021.

One member of Hossain's defense team has an August 9, 2021 tentative trial date for a client who is currently detained at MCC New York. Thus, should the Ad Hoc Committee select August 9 and August 16, 2021 as firm dates for both cases, it would interfere with undersigned counsel's ability to try this case. The defense avers that a mid-September or later trial date would adequately address this concern, and respectfully requests that the Court amend its submission to the Ad Hoc Committee from August 16, 2021 to September 13, 2021 or later. In addition, the defense submits that its acquisition of data related to a possible fair cross-section challenge to the petit venire under the Sixth Amendment and Jury Selection and Service Act would be more straightforward and less likely to be a cause for delay if Hossain's trial were rescheduled for some time after September 1, 2021, the date by which the SDNY's

Master Jury Wheel must be fully replenished in accordance with the District's existing plan. See Article III(B), Amended Plan for the Random Selection of Grand and Petit Jurors, M-10-468 (S.D.N.Y.), available at: https://www.nysd.uscourts.gov/sites/default/files/pdf/juryplan_feb_2009.pdf.

The government does not object to this request. The defense also consents to the exclusion of any additional period of delay beyond August 16, 2021 under 18 U.S.C. § 3161(h)(7)(A) because Hossain's interest in such a delay (to further prepare for trial with present counsel of record) outweighs any competing speedy-trial interests.

Respectfully Submitted,

Amy Gallicchio, Esq.
Andrew J. Dalack, Esq.
Assistant Federal Defenders
(212) 417-8728/8768

Cc:   Government Counsel

May 10, 2021

Request denied. Final trial dates will be set by the trial floor committee in mid-June.

So ordered.

USDJ

2