UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,  :

        -v- :    19-Cr-606 (SHS)

DELOWAR MOHAMMED HOSSAIN, :    ORDER

        Defendant. :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received defendant's letter dated May 10, 2021 [Doc No. 108]. Accordingly,

      IT IS HEREBY ORDERED that the government shall respond to the letter on or before May 20, 2021, at noon.

Dated: New York, New York
       May 12, 2021

                       SO ORDERED:

                       _____
                       Sidney H. Stein, U.S.D.J.