UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | ORDER |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Wednesday, September 29, 2021. Accordingly,

IT IS HEREBY ORDERED that:

1. The final pretrial conference is adjourned from August 2 to September 24, 2021, at 12:00 p.m. in Courtroom 23A; and

2. The trial of this action is scheduled for Wednesday, September 29, 2021, at 9:30 a.m.

Dated: New York, New York
June 4, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.