UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DELOWAR MOHAMMED HOSSAIN,

Defendant.

---

19-CR-606 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The government has filed an *in camera* sealed motion for certain protective measures to be implemented in the trial of this action pursuant to section 6 of the Classified Information Procedures Act ("CIPA"). 18 U.S.C. app. 3 § 6. (ECF No. 81.) CIPA section 6 provides that "the United States may request the court to conduct a hearing to make all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during the trial or pretrial proceeding." 18 U.S.C. app. § 6(a).

The Court intends to schedule a CIPA section 6 hearing to discuss the issues raised in the government's motion. CIPA section 6, however, provides that "the United States shall provide the defendant with notice of the classified information that is at issue . . . whenever that information previously has been made available to the defendant by the United States." 18 U.S.C. app. § 6(b). When the government "has not previously made the information available to the defendant," the government may describe the classified information "by generic category, in such form as the court may approve, rather than by identification of the specific information of concern to the United States." 18 U.S.C. app. § 6(b).

The government is hereby directed to inform the Court, in writing, how it has complied with CIPA section 6's notice requirement. That letter is due on or before Tuesday, September 7, 2021.

Dated: New York, New York
  September 2, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.