UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,    :    19-cr-606 (SHS)

    -v-    :    ORDER

DELOWAR MOHAMMED HOSSAIN,    :

    Defendant.    :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant having filed a motion to inspect the jury selection records pursuant to the Jury Selection and Service Act [Doc. No. 136], and the government having no opposition to that motion,

    IT IS HEREBY ORDERED that:

    1.    The motion is granted. The Clerk of Court is directed to provide the requested information as set forth on Attachment 1 to the Declaration of Jeffrey Martin attached to the motion to the defendant [Doc. No. 136-1]; and

    2.    The Court will hear argument on the motions in limine on September 21, 2021, at 3:00 p.m.

Dated: New York, New York
         September 14, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.