UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :
UNITED STATES OF AMERICA       :
                          :        **ORDER**
      - v. -                  :
                          :        S1 19 Cr. 606 (SHS)
DELOWAR MOHAMMED HOSSAIN,  :
                          :
           Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HONORABLE SIDNEY H. STEIN, District Judge:

            WHEREAS, the United States of America, by Audrey Strauss, United States Attorney for the Southern District of New York, Jessica K. Fender and Benjamin Woodside Schrier, Assistant United States Attorneys, of counsel, has filed a motion requesting that the Court take judicial notice at trial of the designation of the Taliban as a Specially Designated Global Terrorist, as determined by the United States Department of the Treasury and published in the Federal Register;

[SPACE INTENTIONALLY LEFT BLANK]

THEREFORE, it is hereby ORDERED that the Court takes judicial notice of the following: Pursuant to Executive Orders issued by the President of the United States and enacting regulations issued pursuant to the International Emergency Economic Powers Act, the Taliban—including its aliases, the "Taleban," the "Islamic Movement of Taliban," the "Taliban Islamic Movement," "Talibano Islami Tahrik," and "Tahrike Islami'a Taliban"—is a Specially Designated Global Terrorist, or "SDGT." The Taliban has been designated an SDGT pursuant to those regulations continuously since 2013.

SO ORDERED:

HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

September 20, 2021
Date

2