UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DELOWAR MOHAMMED HOSSAIN,

Defendant.

19-CR-606 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Court held a conference in this action on September 21, 2021, with both defense counsel and the government in attendance, to hear oral argument on motions *in limine* and to address any outstanding pre-trial issues. At that conference, the defense requested this Court to review certain documents containing 3500 material that the government had produced, in redacted form, to determine whether the redactions improperly withheld 3500 material from the defense.

Pursuant to Federal Rule of Criminal Procedure 26.2, the Court thoroughly inspected the relevant documents *in camera*. Following its review, the Court held an *ex parte* conference with the government to address the Court's remaining questions concerning the limited number of redactions contained within those documents.

The Court now determines that the redactions to the documents the government produced to the defense are appropriate and do not improperly withhold any 3500, *Brady*, or *Giglio* material from the defense.

Dated: New York, New York
September 23, 2021

SO ORDERED:

_/s/ Sidney H. Stein_
Sidney H. Stein, U.S.D.J.