UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,           :

                                            19-Cr-606 (SHS)

        -v-           :

                                            <u>ORDER</u>

DELOWAR MOHAMMED HOSSAIN,      :

        Defendant.           :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The trial of this matter will take place on September 29, 2021, at 9:30 a.m. in Courtroom 318 at 40 Foley Square, New York, New York. The parties shall meet in Courtroom 318 on September 29 before 9:30 a.m. The Court intends to choose a jury, hear opening statements from both parties, and, if time permits, commence testimony on September 29, 2021.

Dated: New York, New York
       September 27, 2021

SO ORDERED:

*[signature]*
_____
Sidney H. Stein, U.S.D.J.