UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,　　　:

　　　　　-v-　　　　　　　　　　　　　　:　　　19-Cr-606 (SHS)

DELOWAR MOHAMMED HOSSAIN,　　:　　　ORDER

　　　　　　Defendant.　　　　　　　:

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　　IT IS HEREBY ORDERED that, for the reasons set forth on the record, defendant's motion to stay the proceedings and for alternative remedies to enforce his rights under the sixth amendment and jury selection and service act to a petit jury drawn from a fair cross-section of the community is denied.

Dated: New York, New York
　　　　October 7, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.