UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        19-Cr-606 (SHS)

    -against-                                              :

DELOWAR MOHAMMAD HOSSAIN,     :        ORDER

                Defendant(s).        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that the defendant is remanded to the custody of the U.S. Marshal for the Southern District of New York.

Dated: New York, New York
       October 8, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.