# EXHIBIT A

**Andrew Dalack**

| | |
|---|---|
| **From:** | Amy Gallicchio |
| **Sent:** | Thursday, October 14, 2021 11:20 AM |
| **To:** | Andrew Dalack |
| **Subject:** | FW: confidential informants |

**From:** ▮▮▮▮▮▮▮▮ [mailto:▮▮▮▮▮▮▮▮▮▮▮▮▮▮]
**Sent:** Thursday, October 14, 2021 9:41 AM
**To:** andrew_dalak@fd.org; Amy Gallicchio <Amy_Gallicchio@fd.org>
**Subject:** confidential informants

Good morning,

I sat on the jury in the recent United States v. Hossain.  As instructed by the judge, I did not consider the FBI's use of confidential informants, but I did find it troubling.  I still do.  Based on the testimony I heard, it seems like the FBI spent a lot of time and money constructing an environment in which the defendant was likely to break the law.

If it's appropriate for you to respond, please let me know if - in your experience - the FBI relies as heavily on confidential informants in their investigations of other kinds of criminal activity, e.g. public corruption.  I suspect that disproportionate amounts are spent on crimes related to terrorism.

I thought you may have shared that suspicion and done some research along those lines.  If so, I would be very interested to know what you found.

Best,

▮

1