# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 16, 2022

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Delowar Hossain,**
(S1) 19 Cr. 606 (SHS)

Dear Judge Stein:

We write, with the Government's consent, to request a modest adjustment of the sentencing submission schedule in the above-captioned case. The defense is not seeking an adjournment of the March 17, 2022 sentencing proceeding. Rather, the defense respectfully requests leave to file its sentencing submission on or before February 25, 2022, with the Government's sentencing submission to be due March 4, 2022.

As the Court is aware, the defense has retained an expert to meet with Delowar Hossain for mitigation purposes in advance of sentencing. The expert was able to speak with Mr. Hossain by videoconference for two hours on February 11, 2022 and is scheduled to meet with Mr. Hossain by videoconference for another two hours tomorrow, February 17, 2022. Accordingly, the defense is not in a position to file its sentencing letter today and requests a modest adjustment in the submission schedule to afford us enough time to consult with our expert and incorporate his opinions into our sentencing argument. The Government consents to this application.

Respectfully Submitted,

Cc: Government Counsel

Andrew J. Dalack, Esq.
Amy Gallicchio, Esq.
Assistant Federal Defenders
(212) 417-8768/8728

**Request granted.**

Dated: New York, New York
February 16, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.