# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 25, 2022

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Delowar Hossain**,
(S1) 19 Cr. 606 (SHS)

Dear Judge Stein:

We write, with the Government's consent, to request an extension to Monday, February 28, 2022, to file our sentencing memorandum, along with a corresponding extension to March 7, 2022, for the Government's sentencing submission. Our retained expert was able to meet with Mr. Hossain via videoconference on February 17, 2022, as planned, and we are awaiting our expert's final written report, which we expect to receive either later today or over the weekend. Accordingly, we require one final adjustment to the sentencing submission schedule.

Respectfully Submitted,

Cc: Government Counsel

Andrew J. Dalack, Esq.
Amy Gallicchio, Esq.
Assistant Federal Defenders
(212) 417-8768/8728

The defendant's sentencing memorandum is due by February 28, the government's submission is due by March 7.

Dated: New York, New York
February 25, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.