UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-606 (SHS) |
| -v- | : | <u>ORDER</u> |
| DELOWAR MOHAMMED HOSSAIN, | : | |
| Defendant. | : | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In an April 3, 2023 letter to this Court [Doc. No. 202] Michael Bachrach, Esq. requests that the Court direct a classification review of the classified version of this Court's Order dated September 15, 2022. The classified version is dated September 24, 2022. In a letter dated April 5, 2023 [Doc. No. 203], the government wrote that it does not object to a classification review of that document "and will coordinate with the Classified Information Security Officer, including to facilitate coordination with stakeholders." Accordingly,

IT IS HEREBY ORDERED that the government and the Classified Information Security Officer shall immediately conduct a classification review of that classified order. The review shall be completed on or before Tuesday, April 11, 2023.

Dated: New York, New York
April 6, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.