

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2023

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Delowar Mohammed Hossain*, S1 19 Cr. 606 (SHS)

Dear Judge Stein:

The Government writes, with the consent of defense counsel, to request a one-week adjournment of the deadline, currently scheduled for April 11, 2023, for conducting a classification review of the Classified Order.[1]  (Dkt. 205).  With the assistance of the undersigned Assistant U.S. Attorney, the Classified Information Security Officer has been coordinating with the relevant stakeholders.  The stakeholders have advised that additional time is required, including because the classification review entails several levels of review and concurrence, including that of executive management of the applicable stakeholders.  This is the Government's first request for an adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc: Michael K. Bachrach, Esq. (by ECF)

[1] Capitalized terms that are not defined herein have the meaning assigned to them in the Government's submission, dated March 28, 2023.  (Dkt. 201).

**The request for an extension to April 18 to conduct a classification review of the Classified Order is granted.**

**Dated: New York, New York**
**April 11, 2023**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.