UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-606 (SHS)

-v-  :  <u>ORDER</u>

DELOWAR MOHAMMED HOSSAIN,  :

          Defendant.  :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On September 22, 2025, defendant filed a "Petition for Writ of Prohibition, Writ of Mandamus Motion for Mandatory Recusal Pursuant to 28 U.S.C. 455(A) & (B)(1) & 144" [Doc. No. 214].

    IT IS HEREBY ORDERED that:

    1.    Within 30 days of the date of this Order, the government shall respond to defendant's motion; and

    2.    The Clerk of Court shall send a copy of this Order to Delowar Mohammed Hossain [87049-054], FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Cresson, PA 16630.

Dated: New York, New York
       September 25, 2025

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.