

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 38th Floor
New York, New York 10278

October 7, 2025

**By CM/ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Delowar Mohammed Hossain*, S1 19 Cr. 606 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request a one-month adjournment of the Government's time to respond to the defendant's "Petition for Writ of Prohibition, Writ of Mandamus Motion for Mandatory Recusal Pursuant to 28 U.S.C. 455(A) & (B)(l) & 144," due to the press of other business and the undersigned AUSA's travel schedule. (Dkt. 214). The Government's response is currently due on October 27, 2025. (Dkt. 215). If the Court grants the Government's request, its answer will be due on November 26, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Kaylan E. Lasky
Kaylan E. Lasky
Assistant United States Attorney
Tel: (212) 637-2315

cc: *Pro se* defendant (by mail)

**The government's request for an extension until November 26 to file a response is granted. The Clerk of Court shall mail a copy of this Order to defendant Delowar Mohammed Hossain [87049-054], FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Cresso, PA 16630.**

Dated: New York, New York
       October 7, 2025

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.