UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DELOWAR MOHAMMED HOSSAIN,

Defendant.

---

19-cr-606 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Defendant Delowar Mohammed Hossain's "Petition for Writ of Prohibition Writ of Mandamus, Motion for Mandatory Recusal Pursuant to 28 U.S.C. 455(A) & (B)(1) & 144" (Dkt. No. 214) is denied.

The Court construes Hossain's motion as a motion for recusal because writs of prohibition and mandamus are inapplicable where, as here, a party requests that the Court itself take action rather than that the Court order another to act or not to act. *See, e.g., United States v. Hoffman*, 71 U.S. 158, 161 (1866); *Ex parte Republic of Peru*, 318 U.S. 578, 583 (1943); 28 U.S.C. § 1361.

Hossain's motion for recusal is premised entirely on his disagreement with the Court's rulings in this action, many of which were affirmed on direct appeal by the U.S. Court of Appeals for the Second Circuit. *See United States v. Hossain*, No. 22-618-cr, 2024 WL 4212321 (2d Cir. Sep. 17, 2024). Hossain has not produced any evidence of bias by the Court. Hossain therefore fails to meet the substantive standard for recusal, which is "whether a reasonable person, knowing all the facts, would conclude that the court's impartiality might reasonably be questioned." *Apple v. Jewish Hosp. & Med. Ctr.*, 829 F.2d 326, 333 (2d Cir. 1987); *see Liteky v. United States*, 510 U.S. 540, 556 (1994) (rulings "in the course of judicial proceedings" that neither "relied upon knowledge acquired outside such proceedings" nor "displayed deep-seated and unequivocal antagonism that would render fair judgment impossible" are not a basis for recusal); *Gallop v. Cheney*, 645 F.3d 519, 521 (2d Cir. 2011) (ruling against a party "alone is insufficient to establish the sort of extreme antagonism required for disqualification").

The Clerk of Court shall mail a copy of this Order to Delowar Mohammed Hossain [87049-054], FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Cresson, PA 16630.

Dated: New York, New York
        November 26, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.

2