

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 29, 2025

# MEMO ENDORSED

**By CM/ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Delowar Mohammed Hossain*, S1 19 Cr. 606 (SHS)

Dear Judge Stein:

    The Government respectfully submits this letter to request an adjournment of approximately 45 days of the Government's time to respond to the defendant's petition brought under 28 U.S.C. § 2255 (Dkt. 218), based on the undersigned AUSA's work travel schedule and the press of business. The Government's answer is currently due by December 9, 2025, and the defendant's response is currently due 30 days from the date on which the defendant is served with the Government's answer. (Dkt. 219). If the Court grants the Government's request, its answer will be due on January 23, 2026, and the defendant's response will be due 30 days from the date on which the defendant is served with the Government's answer.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

cc: *Pro se* defendant (by mail)

By: /s/ Kaylan E. Lasky
     Kaylan E. Lasky
     Assistant United States Attorney
     Tel: (212) 637-2315

**The government's response to defendant's motion is due on January 23, 2026. Defendant's reply, if any, is due by March 3, 2026. The Clerk of Court shall mail a copy of this request to defendant, Delowar Mohammed Hossain, 87049-054, FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Creston, PA 16630.**

**Dated: New York, New York**
**       December 1, 2025**

SO ORDERED:

Sidney H. Stein, U.S.D.J.